IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BOBBY JENKINS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 4:17-CV-00014-WTM-GRS |
| CARSON SMITHFIELD, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Motion to Stay Pending Arbitration (the "Joint Motion" or the "Motion"). Upon review of the Joint Motion, it is hereby ORDERED that:

The parties' Motion is GRANTED; and

This case is STAYED pending the completion of arbitration in accordance with the parties' agreement. The Clerk shall administratively close the file, which is subject to reopening upon motion by any party.

SO ORDERED this 12TH day of April, 2017.

G. R. SMITH
UNITED STATES MAGISTRATE
SAVANNAH DIVISION