IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BOBBY JENKINS, SR.,            )
                               )
     Plaintiff,                )
                               )
v.                             )    CASE NO. CV417-014
                               )
CARSON SMITHFIELD, LLC.,       )
                               )
     Defendant.                )
_____)

## O R D E R

Before the Court is the Parties' Joint Stipulation for Voluntary Dismissal. (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. The parties shall each bear their own costs and fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA